BILL SCULLY CONSTRUCTION COMPANY, INC., *Respondent,*
v. LLOYD W. WIBBELMAN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 139299, Thomas G. McCrea, J.,
entered October 14, 1977. *Affirmed* by unpublished opinion

per Farris, C.J., concurred in by Williams and Andersen, JJ.